RE: Raine Pease v. The City of New York

Seepersaud, Monaliza (Law) <mseepers@law.nyc.gov>
Mon 5/4/2020 5:25 PM
To: Donna Clancy <dhc@dhclancylaw.com>

Hi Donna, Defendants consent to your re-filing of the Amended Complaint.

Best,
Monaliza

**Monaliza Seepersaud**
Assistant Corporation Counsel
New York City Law Department
100 Church Street | New York, New York 10007
(212) 356-0839 | (347) 684-4284
mseepers@law.nyc.gov

-------------------------------------------------------------------------

**CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the person or entity to which it is addressed and may contain **CONFIDENTIAL** or **PRIVILEGED** material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications by this medium, please so advise the sender immediately.

**From:** Donna Clancy [mailto:dhc@dhclancylaw.com]
**Sent:** Monday, May 04, 2020 4:53 PM
**To:** Seepersaud, Monaliza (Law)
**Cc:** Olivia Clancy
**Subject:** Raine Pease v. The City of New York

Dear Ms. Seepersaud,

We received a notice of deficiency from the Court. Please advise if you will consent to our re-filing of the Amended Complaint. Thank you.

Donna H. Clancy Esq.
**The Clancy Law Firm, P.C.**
40 Wall Street, 61st Fl.
New York, NY 10005
http://theclancylawfirm.com/
E: donna@clancy.legal
T: 212-747-1744
F: 646-693-7229
Instagram: the_clancy_law_firm_
Twitter: @clancylawpc
https://www.facebook.com/clancylawpc

This message and any attachments thereto, are intended only for use by the addressee(s) named here(in) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please notify me immediately and permanently delete this message. Notice Regarding Entry of Orders and Instructions: Please do not use e-mail to transmit orders for securities or for other time-sensitive instructions. Notice Regarding Privacy and Confidentiality: The Clancy Law Firm, at its discretion, reserves the right to monitor and review all e-mail communications through its network. E-mail transmission cannot be guaranteed to be secure or error-free. Although information contained in this message has been obtained from sources we believe to be reliable, we do not guarantee its accuracy or completeness.