# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
RAINE PEASE,

                     Plaintiff,

   -against-                                19 **CIVIL** 7693 (KPF)

## **JUDGMENT**

THE CITY OF NEW YORK and DEODAT
URPRASAD,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 28, 2021, the Court GRANTS Defendants' motion to dismiss the SAC in full. In his memorandum of law in opposition to Defendants' motion, Plaintiff perfunctorily requests leave to amend under Federal Rule of Civil Procedure 15. The Court declines to grant such leave, given that Plaintiff already has been provided the opportunity to amend with aid of counsel twice and the anticipated grounds for Defendants' motion were discussed at length during the June 18, 2020 conference. (*See generally* Dkt. #30). *See Cosgrove* v. *Oregon Chai*, No. 19 Civ. 10686 (KPF), 2021 WL 706227, at *17 (S.D.N.Y. Feb. 21, 2021) (citing *Nat'l Credit Union Admin. Bd.* v. *U.S. Bank Nat'l Ass'n*, 898 F.3d 243, 257-57 (2d Cir. 2018)). Consequently, Plaintiff's federal claims under Title VII and Section 1983 are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over the remaining NYSHRL and NYCHRL claims, it dismisses those claims without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

June 29, 2021

                                            **RUBY J. KRAJICK**
                                            _____
                                               **Clerk of Court**
**BY:** _David J. Thomas_
                                               **Deputy Clerk**